# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
In Re:                                     )     Case No. 02-11593-ALG
                                           )     *ORDER DIRECTING PAYMENT*
   Storm Telecommunications, Inc.          )
                                           )     Fund 6047BK / 6133BK
                  Debtors(s).         )     Unclaimed Dividends Transferred
                                           )     To United States Treasury
---------------------------------------------------x

**WHEREAS** the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that **COLT TELECOM A/S**, as judgment creditor to claimant Frontline Communications International, Inc., claim filed on August 16, 2002 and pursuant to Notice of Unclaimed Dividend dated June 17, 2008, is entitled to an unclaimed dividend in the amount of $86,037.63.

    **NOW it is**

    **ORDERED**, that the United States Treasury, by check, pay to **COLT TELECOM S/A** in the amount of $86,037.63 from FUND 6133BKl6047BK.

DATED:    NEW YORK, NEW YORK
                  November 25, 2008

                                                        **/s/ STUART M. BERNSTEIN**
                                                         UNITED STATES BANKRUPTCY JUDGE